# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

CARLOS ALBERTO VELASCO
JIMENEZ,

    Petitioner,

v.

WARDEN, FOLKSTON ICE
PROCESSING CENTER,

    Respondent.

CV 526-213

## ORDER

Before the Court is Petitioner's Notice of Voluntary Dismissal, no. 6, wherein he notifies the Court that he wishes to dismiss his 28 U.S.C. § 2241 petition. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment); see also Webb v. Jones, No. 5:18cv176, 2019 WL 587920, at *1 (N.D. Fla. Jan. 10, 2019) (noting that habeas petitioners may avail themselves of Rule 41(a)(1)). Accordingly, all claims asserted in this action are **DISMISSED without prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

    **SO ORDERED,** this 18 day of May, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA